OPINION — AG — ** BENCH WARRANTS — RESPONSIBILITY ** THE DISTRICT ATTORNEY OFFICE MAY 'NOT' BE ORDERED BY THE DISTRICT COURT TO ASSUME RESPONSIBILITY FOR THE ISSUANCE OF BENCH WARRANTS AS THAT RESPONSIBILITY ALREADY RESTS UPON THE COURT CLERK. (CRIMINAL PROCEDURES, COUNTY AND COUNTY OFFICERS, CIVIL PROCEDURE, TRIAL, NON APPEARANCE) CITE: 12 O.S. 35 [12-35], 22 O.S. 454 [22-454], 19 O.S. 215.4 [19-215.4], 22 O.S. 455 [22-455], 22 O.S. 456 [22-456], 22 O.S. 965 [22-965], 22 O.S. 966 [22-966] [22-966], 22 O.S. 967 [22-967] (DENA L. BATES)